## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **RAHEEM D. LOUIS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | Criminal Action No. 2011-23 |
| v. ) | Civil Action No. 2018-0028 |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

**Appearances:**
**Raheem D. Louis,** *Pro Se*
Thomson, IL

**Rhonda Williams-Henry, Esq.,**
St. Croix, U.S.V.I.
    *For Respondent*

## ORDER

**UPON CONSIDERATION** of Petitioner Raheem D. Louis' ("Petitioner") "Affidavit in Support of Writ of Habeas Corpus" (Dkt. No. 317); Magistrate Judge George W. Cannon, Jr.'s Report and Recommendation (Dkt. No. 320); Petitioner's "Affidavit in Support of Writ of Habeas Corpus" (Dkt. No. 322); and Petitioner's "Amended Habeas Corpus Under Federal Rule of Civil Procedure Rule 15(c)(1)(B)" (Dkt. No. 340); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Magistrate Judge Cannon's Report and Recommendation (Dkt. No. 320) is **ADOPTED** as modified in the accompanying Memorandum Opinion filed contemporaneously herewith; and it is further

**ORDERED** that Petitioner's "Affidavit in Support of Writ of Habeas Corpus" (Dkt. No. 317) is **DENIED**; and it is further

**ORDERED** that Petitioner's "Amended Habeas Corpus Under Federal Rule of Civil Procedure Rule 15(c)(1)(B)" (Dkt. No. 340) is **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order and its accompanying Memorandum Opinion to Petitioner by certified mail, return receipt requested.

**SO ORDERED**.

Date: February 19, 2021                                   _____/s/_____
                                                          WILMA A. LEWIS
                                                          Chief Judge