IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 1:11-23-2 |
| | : | |
| RAHEEM D LOUIS | : | |

# ORDER

**AND NOW**, this 24th day of February 2026, following reassignment (ECF 403) leading to our study of the formerly incarcerated person's Motions for relief relating to his custody, confirming the Bureau of Prisons released Defendant from custody on March 25, 2022 and supervised release expired on March 24, 2025 mooting his requested relief, and further finding Defendant offered no grounds for relief on the merits during his custody including on such grounds as a conclusory Motion for release under the First Step Act (ECF 351) or otherwise challenging jurisdiction, it is **ORDERED** we:

1. **DENY** the released Defendant's Motions arising from his conditions of custody (311, 330, 342, 344, 345, 346, 347, 348, 349, 351, 353, 354, 361, 362, 371, 377, 383, and 391) as moot; and,

2. **ADOPT** and **APPROVE** Judge Miller's comprehensive June 20, 2018 Report and Recommendation (ECF 309) without objection but find no present basis to enter injunctive relief absent imminent harm from continued filings but without prejudice should we see further meritless filings.

_____
**KEARNEY, J.**